# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA VITTORIOSO,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No: 6:12-cv-1036-Orl-31GJK**

**TOTAL MARKETING CONCEPTS, INC., TOTAL MARKETING TRAINING, INC., SURVEY GROUP CORPORATION, ANDREW DORKO, LINDA HARPER and GEORGE LONABAUGH,**

    **Defendants.**

---

**SHERRY KEATON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No: 6:12-cv-905-Orl-31GJK**

**TOTAL MARKETING CONCEPTS, INC., TOTAL MARKETING TRAINING, INC., SURVEY GROUP CORPORATION, ANDREW DORKO, LINDA HARPER and GEORGE LONABAUGH,**

    **Defendants.**

---

## ORDER

This matter comes before the Court without a hearing on the Joint Motion for Order Consolidating Case for Settlement Purposes, Settlement of Collective Actions, and Dismissing Case With Prejudice (Doc. 60). According to the parties, the settlement will result in the Plaintiffs

receiving all of the damages (including liquidated damages) that they could have received had this matter proceeded to trial and the attorney's fees and costs to be awarded were negotiated separately and did not affect the Plaintiffs' recovery in any way. *See Bonetti v. Embarq Mgmt. Co.*, 715 F.Supp.2d 1222 (M.D.Fla. 2009). Based on these representations and a review of the settlement agreement (Doc. 60-1), the Court finds that the agreement is due to be approved. Accordingly, it is hereby

**ORDERED** that the Joint Motion for Order Consolidating Case for Settlement Purposes, Settlement of Collective Actions, and Dismissing Case With Prejudice (Doc. 60) is **GRANTED**. Case number 6:12-cv-1036-Orl-31GJK is hereby **CONSOLIDATED** with Case number 6:12-cv-905-Orl-31GJK, and both cases are **CERTIFIED** as collective actions for settlement purposes only. The settlement agreement, including Plaintiffs' counsels' request for attorneys' fees, costs, and expenses, is **APPROVED**. The Court authorizes notice to workers deemed similarly situated to Plaintiffs (for purposes of the settlement) of their opportunity to participate in the settlement. Finally, this case is **DISMISSED WITH PREJUDICE**, although the Court retains jurisdiction to enforce the settlement agreement.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties